IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALAYNA J. BOGAN,<br><br>   Plaintiff,<br><br> vs.<br><br>SANOFI U.S. SERVICES INC., and SANOFI-AVENTIS U.S. LLC,<br><br>   Defendants. | **8:23CV229**<br><br>**ORDER** |
| GLADYS CARY,<br><br>   Plaintiff,<br><br> vs.<br><br>SANOFI U.S. SERVICES INC., and SANOFI-AVENTIS U.S. LLC,<br><br>   Defendants. | **8:23CV230**<br><br>**ORDER** |

After conferring with the parties,

IT IS ORDERED:

1) The deadline for any motion to amend the complaint and for filing any motion for summary judgment on the issue of statute of limitations is September 11, 2023. Response and reply briefing shall be filed in accordance with the Local Rules.

2) The orders requiring the parties to submit a joint status report and a Rule 26(f) Report are vacated. (See 8:23cv229 Filing No. 27; 8:23cv230 Filing No. 30).

Dated this 20th day of July, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge