IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALAYNA J. BOGAN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SANOFI U.S. SERVICES INC., and SANOFI-AVENTIS U.S. LLC,<br><br>　　　　　Defendants. | 8:23CV229<br><br>ORDER ON JOINT STIPULATION OF DISMISSAL |

This case is before the Court on the parties' Joint Stipulation of Dismissal, signed by counsel for all parties. Filing 41. The parties stipulate to dismissal of this action with prejudice, with each party to bear its own costs, because all claims have been settled and resolved. Accordingly,

IT IS ORDERED that the parties' Joint Stipulation of Dismissal, Filing 41, is granted. This case is dismissed with prejudice, with each party to bear its own costs.

Dated this 20th day of February, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1